■ In the Matter of ANTHONY C., an Infant, Appellant. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JUAN C., Respondent. (Proceeding No. 1.) In the Matter of ANTHONY C., an Infant, Appellant. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARIA V., Respondent. (Proceeding No. 2.) [951 NYS2d 884]—

The appeal must be dismissed, since the portion of the order that is appealed from, which directed the temporary removal of the subject child pursuant to Family Court Act § 1027, has been rendered academic, in light of a subsequent permanency order dated October 17, 2011, continuing the placement of the child, and the orders of disposition dated November 1, 2011 (*see Matter of Jovan W. v Ticarrah W.P.*, 92 AD3d 888, 889 [2012]; *Matter of Nicholas B.*, 26 AD3d 764 [2006]; *Matter of Jabarry W.*, 24 AD3d 218, 219 [2005]; *see also Matter of Javier R.*, 43 AD3d 1 [2007]). Contrary to the appellant's contention, this matter does not warrant invoking the exception to the mootness doctrine (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714 [1980]). Eng, P.J., Rivera, Hall and Sgroi, JJ., concur.